## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED FINANCIAL CASUALTY     :
COMPANY     :
    :
        **Plaintiff**     :
     v.     :    **3:13-CV-1291**
    :    **(JUDGE MARIANI)**
A.M. SKIER AGENCY INC., et al.     :
    :
        **Defendants.**     :

### ORDER

AND NOW, THIS 5 7/4 DAY OF MARCH, 2014, upon consideration of

Defendants' Motion to Dismiss (Doc. 9) and all accompanying briefs, **IT IS HEREBY**

**ORDERED THAT:**

1. Defendants' Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**.

    a. Defendants' motion to dismiss Count II (Plaintiff's Equitable Subrogation

    Claim) is **DENIED**.

    b. Defendants' motion to dismiss Count III (Plaintiff's Fraud Claim) is

    **GRANTED**. Count III is **DISMISSED WITH PREJUDICE**.

Robert D. Mariani
United States District Judge